```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    INDICTMENT

            -v.-                :    13 CRIM 338

LISA HYLTON,                    :

            Defendant.          :

- - - - - - - - - - - - - - - - x
```

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 07 2013

### COUNT ONE

The Grand Jury charges:

1. From at least in or about October 2009, up through and including at least in or about 2012, in the Southern District of New York and elsewhere, LISA HYLTON, the defendant, and others known and unknown, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, HYLTON and others known and unknown, agreed to rob and did rob at gunpoint individuals possessing marijuana, narcotics, and proceeds from the sale of marijuana and narcotics.

### Overt Acts

2. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others,


JUDGE STEIN

were committed in the Southern District of New York and elsewhere:

    a. On or about October 21, 2009, at 4044 Duryea Avenue, Bronx, New York, LISA HYLTON, the defendant, and others, robbed a victim of marijuana that had traveled in interstate commerce.

    b. On or about March 11, 2011, on Grant Avenue, in the Bronx, New York, LISA HYLTON, the defendant, and others, robbed a victim who was involved in a scheme to illegally obtain and sell oxycontin.

(Title 18, United States Code, Section 1951.)

## COUNT TWO

The Grand Jury further charges:

3. From in or about October 2009, up through and including at least in or about 2012, in the Southern District of New York, LISA HYLTON, the defendant, during and in relation to a crime of violence for which she may be prosecuted in a court of the United States, namely, the robbery conspiracy charged in Count One of this Indictment, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, which were brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)



FORFEITURE ALLEGATION

4.  As a result of committing the Hobbs Act robbery offense in violation of 18 U.S.C. § 1951 as alleged in Count One of this Indictment, LISA HYLTON, the defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense.

Substitute Assets Provision

5.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

  (1) cannot be located upon the exercise of due diligence;

  (2) has been transferred or sold to, or deposited with, a third person;

  (3) has been placed beyond the jurisdiction of the Court;

  (4) has been substantially diminished in value; or

  (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

      (Title 18, United States Code, Section 981, and
       Title 28, United States Code, Section 2461.)

_____      _____
FOREPERSON                                   PREET BHARARA
                                             United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LISA HYLTON,

Defendant.

INDICTMENT

13 Cr.

(Title 18, United States Code,
Sections 924(c), 1951, & 2)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

5/7/13 - Filed Indictment.
Case assigned to Judge Stein.
Judge Gorenstein
U.S.M.J